IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-942 |
| | : | |
| JOHN HAMPEL | : | |

## ORDER

AND NOW, this 6th day of August, 2020, it is ORDERED Plaintiff United States of America shall have until August 20, 2020, to either (1) submit proof of service demonstrating that Defendant John Hampel has been served with the summons and complaint in this case or (2) show cause in writing why this action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Government filed its complaint in this action on February 20, 2020. Although the 90-day period in which to serve Hampel expired on May 20, 2020, the Government has not yet filed proof of service with the Court, as required by Rule 4(*l*).