# SHERIFF'S OFFICE OF LUZERNE COUNTY

**Brian M. Szumski**
*Sheriff*

**Joan Hoggarth**
*Director of Judicial Services & Records*



**C. David Pedri**
*County Manager*

| | |
|---|---|
| UNITED STATES OF AMERICA vs. JOHN HAMPEL | **Case Number** 20-942 |

## SHERIFF'S RETURN OF SERVICE

09/16/2020   10:32 AM - ALFRED WALSH, DEPUTY SHERIFF, FOR SHERIFF OF SAID COUNTY, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THAT ON SEPTEMBER 16, 2020 AT 10:32 AM, PREVAILING TIME, HE SERVED THE WITHIN COMPLAINT & SUMMONS UPON JOHN HAMPEL, THE WITHIN NAMED, BY HANDING TO JOHN HAMPEL PERSONALLY, AT SCI DALLAS - INMATE #MY4480, 1000 FOLLIES RD, DALLAS, PA 18612 IN THE COUNTY OF LUZERNE, STATE OF PENNSYLVANIA, A TRUE AND ATTESTED COPY AND MAKING KNOWN THE CONTENTS THEREOF.

ALFRED WALSH, DEPUTY

SO ANSWERS,

BRIAN M. SZUMSKI, SHERIFF

September 17, 2020