IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | No. 20-942 |
| JOHN HAMPEL | : | |

## **ORDER**

AND NOW, this 26th day of January, 2021, Defendant John Hampel having failed to respond to the Complaint by the October 7, 2020, deadline, it is ORDERED Plaintiff United States of America shall have until February 10, 2021, to cause Defendant's default to be entered pursuant to Federal Rule of Civil Procedure 55(a) and move for judgment thereon pursuant to Rule 55(b), or to show cause why a request for entry of default and motion for default judgment have not been filed.

Failure to comply with this Order may result in the dismissal of the Complaint against Defendant for failure to prosecute.

BY THE COURT:

/s/ Juan R. Sánchez, C.J.
Juan R. Sánchez, C.J.