IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-942 |
| | : | |
| JOHN HAMPEL | : | |

# **ORDER**

AND NOW, this 26th day of May, 2021, it is ORDERED a hearing on Plaintiff's Motion for Default Judgment (Document 7) shall be held by videoconference on June 22, 2021, at 2:00 p.m. To participate in the conference, the parties shall proceed as follows:

- To join the conference by video:
    - https://join.uc.uscourts.gov/invited.sf?secret=9eq6O8.gfwWOKrb6ovPVew&id=852135361

- To join the conference by telephone:
    - Dial-in Number: 571-353-2300
      Conference Code: 852135361#

The Court shall hold a test conference on June 21, 2021, at 10:00 a.m. in which the parties must participate using the above-stated instructions.

It is further ORDERED Plaintiff shall serve a copy of the Motion for Default Judgment, Accompanying Memorandum, and Exhibits and this Order on Defendant Hampel by personal service at least one week prior to the hearing and shall file proof of service with the Court.

Defendant is advised failure to appear at the videoconference or otherwise contest the Motion for Default Judgment may result in entry of a default judgment against the Defendant.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.