IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-942 |
| | : | |
| JOHN HAMPEL | : | |

## **ORDER**

AND NOW, this 9th day of June, 2021, upon consideration of Plaintiff's request for a thirty-day continuance of the default judgment hearing, it is ORDERED the hearing on Plaintiff's Motion for Default Judgment (Document 7) is CONTINUED to July 20, 2021, at 2:00 p.m. To participate in the conference, the parties shall proceed as follows:

- To join the conference by video:
  - https://join.uc.uscourts.gov/invited.sf?secret=9eq6O8.gfwWOKrb6ovPVew&id=852135361

- To join the conference by telephone:
  - Dial-in Number: 571-353-2300
  - Conference Code: 852135361#

The Court shall hold a test conference on July 19, 2021, at 10:00 a.m. in which the parties must participate using the above-stated instructions.

It is further ORDERED Plaintiff shall serve a copy of this Order on Defendant Hampel by personal service at least one week prior to the hearing and shall file proof of service with the Court.

Defendant is advised failure to appear at the videoconference or otherwise contest the Motion for Default Judgment may result in entry of a default judgment against the Defendant.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.