

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE and/or Docket No.: |
| Plaintiff (Petitioner) | 20-00942 |
| vs. | Sheriff's Sale Date: |
| JOHN HAMPEL | |
| Defendant (Respondent) | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, SHANNON BECKIER, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JOHN HAMPEL the above process on 7/28/2021, at 8:17 PM, at 1361 SUNSET STREET  MARCUS HOOK, PA 19061, County of DELAWARE, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Individual** - By handing a copy to the Defendant(s)

Description: Approximate Age <u>46-50</u>  Height <u>6ft 0in - 6ft 3in</u>  Weight <u>211 lbs - 230 lbs</u>  Race <u>WHITE</u>  Sex <u>MALE</u>
Hair <u>Brown</u>

Commonwealth/State of PENNSYLVANIA          ) SS:

County of <u>Berks</u>                              )

Before me, the undersigned notary public, this day, personally, appeared SHANNON BECKIER to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **24** day of **July** , 20**21** .

_____
Notary Public

File Number: USA-203299

Case ID #:  6138153

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021